UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Seth Bonsu,                                        Civil 07-2054   ADM/FLN

       Petitioner,

   v.                                              O R D E R

Roy Morrison, Warden,

       Respondent.

_____

    Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated December 7, 2007, all the files

and records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that Respondent's motion to dismiss as moot

Petitioner's 28 U.S.C. §2241 petition [#14] is GRANTED and Petitioner's petition for

habeas corpus [#1] is DISMISSED as moot.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: _January 8, 2008.           _s/Ann D. Montgomery_____
at Minneapolis, Minnesota          JUDGE ANN D. MONTGOMERY
                                   United States District Court